# Exhibit A

**Mountain Support Services**
80 North Main Street
P.O. Box 615
Ellenville, NY 12428

# Invoice

**Invoice #:** 2753
**Invoice Date:** 10/23/2014
**Due Date:** 10/31/2014
**Project:**
**P.O. Number:**

**Bill To:**

Lonstein Law Office, P.C.
80 North Main Street, P.O. Box 351
Ellenville, NY  12428

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Premium Sports Inc. vs. Candido Pereira, et al<br>Premise Name: Uniao Desportiva Ferreirense<br>CV#: 2:14-CV-06240-KSH-CLW<br>Your File #: PSI14-07NJ-13 | | | |
| INDIVIDUAL SERVICE ON Candido Pereira | | 150.00 | 150.00 |
| INDIVIDUAL SERVICE ON Carlos Lopes | | 175.00 | 175.00 |
| CORPORATE SERVICE ON Uniao Desportiva Ferreirense, Inc. d/a/b Uniao Desportiva Ferreirense | | 150.00 | 150.00 |

| | |
|---|---|
| **Total** | $475.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $475.00 |