United States District Court
for the District of New Jersey

| | |
|---|---|
| PREMIUM SPORTS, INC., <br><br>     *Plaintiff*, <br><br> v. <br><br>CANDIDO PEREIRA and CARLOS LOPES, Individually and as officers, directors, shareholders, and/or principals of UNIAO DESPORTIVA FERREIRENSE, INC., d/b/a UNIAO DESPORTIVA FERREIRENSE, <br><br>and <br><br>UNIAO DESPORTIVA FERREIRENSE, INC., d/b/a UNIAO DESPORTIVA FERREIRENSE, <br><br>     *Defendants*. | Civil No: 14-6240 (KSH) <br><br><br><br>Order |

**Katharine S. Hayden, U.S.D.J.**

  **THIS MATTER** having come before the Court on motion by the plaintiff, Premium Sports, Inc. for an entry of default judgment pursuant to Fed. R. Civ. P. 55, and for the reasons set forth in the opinion filed herewith,

  **IT IS** on this 30th day of September, 2015, hereby

  **ORDERED** that Premium Sports, Inc.'s motion to for default judgment pursuant to Fed. R. Civ. P. 55 is granted; and it is further

  **ORDERED** that Premium Sports, Inc.'s request for damages on a per defendant basis is denied; and it is further

  **ORDERED** that judgment is entered in favor of Premium Sports, Inc. against all defendants in the total amount of $6,697.95.

                /s/ Katharine S. Hayden
                Katharine S. Hayden, U.S.D.J.